

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2019

No. 04-19-00651-CV

**IN THE INTEREST OF A.B.S., A CHILD**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01300
Honorable Richard Garcia, Judge Presiding

# O R D E R

In this accelerated appeal, after we granted the State's first motion for an extension of time to file the brief, the State's brief was due on December 12, 2019. *See* TEX. R. APP. P. 38.6(b), (d). On December 17, 2019, the State filed its brief and a second motion for extension of time.

The State's motion for a five-day extension of time to file the brief is GRANTED. The State's brief is deemed timely filed.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2019.

Michael A. Cruz,
Clerk of Court